UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ROBERT A. (STAR) LOCKE, | § | |
|     Plaintiff, | § | |
| v. | § | C.A. NO. C-05-125 |
| | § | |
| DOTTIE CLOWER AND OLD JOE | § | |
| DAWSON HORSE FARM, TEXAS, | § | |
|     Defendants. | § | |

### MEMORANDUM OPINION AND ORDER GRANTING DEFENDANT'S MOTION TO DISMISS

On September 16, 2005, the United States Magistrate Judge filed her Memorandum and Recommendation in this cause (D.E. 14). After ample opportunity, no objections have been filed by either party. This Court regards such omission as each party's agreement with and acceptance of the Magistrate Judge's findings of fact and conclusions of law. Having reviewed the pleadings on file, the Court finds no clear error in the Magistrate Judge's Memorandum and Recommendation. *Douglass v. United Services Automobile Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). This Court adopts as its own the findings and conclusions of the Magistrate Judge.

Accordingly, defendant Clower's Rule 12(b)(6) Motion to Dismiss (D.E. 7) is granted and all claims against defendant Clower are dismissed with prejudice.

ORDERED this   7th   day of   February  , 2006

                                                                        _____
                                                                        HAYDEN HEAD
                                                                        CHIEF JUDGE