UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ROBERT A. (STAR) LOCKE, | § | |
|     Plaintiff, | § | |
| v. | § | C.A. NO. C-05-125 |
| | § | |
| DOTTIE CLOWER AND OLD JOE | § | |
| DAWSON HORSE FARM, TEXAS, | § | |
|     Defendants. | § | |

**MEMORANDUM OPINION AND ORDER DISMISSING PLAINTIFF'S REMAINING CLAIMS AGAINST OLD JOE DAWSON HORSE FARM**

On September 16, 2005, the United States Magistrate Judge filed her Memorandum and Recommendation in this cause (D.E. 14).  This Court adopted the Magistrate Judge's Memorandum and Recommendation and dismissed all claims against defendant Clower with prejudice (D.E. 16).  The Court has now *sua sponte* decided that plaintiff's remaining claims against Old Joe Dawson Horse Farm must be dismissed because those claims suffer from the same jurisdictional infirmities that required dismissal of plaintiff's claims against defendant Clower.  The reasoning in the Magistrate Judge's Memorandum and Recommendation (D.E. 14) applies equally to defendant Old Joe Dawson Horse Farm.

Accordingly, plaintiff's claims against Old Joe Dawson Horse Farm are dismissed with prejudice.

ORDERED this   28th   day of   February  , 2006.

*Hayden Head*
HAYDEN HEAD
CHIEF JUDGE